UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,　　　　　　　　　　　　No. 13-13516

v.　　　　　　　　　　　　　　　　　　District Judge Sean F. Cox
　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

CHARLES FINN,

    Defendant.
_____/

## ORDER EXTENDING TIME FOR SERVICE OF PROCESS

Plaintiff's First Motion for Extension of Time Within Which it has to Serve Defendant with a Summons and Complaint [Doc. #12] is hereby GRANTED. The time for service of the summons and complaint is extended to January 11, 2014.

IT IS SO ORDERED.


Dated: December 17, 2013　　　　　s/R. Steven Whalen
　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 17, 2013, electronically and/or by U.S. mail.

　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　Case Manager to the
　　　　　　　　　　　　　　　　　Honorable R. Steven Whalen